# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America )
v. )
PATRICK THELEN )  Case No: 97-20015
) USM No: 16842-039
Date of Original Judgment: 11/24/1997 )
Date of Previous Amended Judgment: 7/8/2016 ) Joan Morgan
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER THE FIRST STEP ACT OF 2018

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court ☐ stipulation of the parties for a reduction in the term of imprisonment under the provision of Section 404(b) of The First Step Act of 2018, and considering sections 2 and 3 of the Fair Sentencing Act of 2010;

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The remainder of the original sentence is unchanged.

Defendant's Emergency Motion [184] for Injunctive Relief and Emergency Motion [183] for Injunctive Relief are DENIED AS MOOT as Defendant was released from cusoty on April 3, 2019.

Except as otherwise provided, all provisions of the judgment dated 7/8/2016 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: May 24, 2019    s/Robert H. Cleland
                            *Judge's signature*

Effective Date: _____    Robert H. Cleland, U.S. District Judge
*(if different from order date)*    *Printed name and title*